IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH H. JURJENS, III,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

v.                                              Case No. 14-cv-462-jdp

MIKE DITTMAN,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Ralph H. Jurjens's petition for a writ of habeas corpus under 28 U.S.C. §2254.

| /s/ | 7/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |